IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30408
Conference Calendar
_____

JACQUELINE CARR,

Plaintiff-Appellant,

versus

T. H. KINGSMILL, Judge;
JEAN O. TURNER; GERARD O. SALASSI,
IV; LAWFIRM OF NEWMAN, MATHIS, BRADY,
WAKEFIELD, & SPEDALE,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-1016 F
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jacqueline Carr appeals from the district court's order dismissing her complaint as frivolous under 28 U.S.C. § 1915(d). As the district court noted, although cast as a civil rights action, her "complaint is, in essence, an appeal from the bankruptcy court's decisions." Accordingly, the district court did not abuse its discretion in dismissing the lawsuit.

---

[*]     Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

Carr's brief is wholly without merit, rendering the appeal frivolous. Because she failed to withdraw this appeal despite a prior warning that frivolous pleadings would result in further sanctions, Carr is ordered to pay monetary sanctions in the amount of $200.

APPEAL DISMISSED; SANCTIONS IMPOSED. See 5th Cir. Rule 42.2.